1   PAUL D. SUPNIK [S.B. No. 52842]
    paul@supnik.com
2   9401 Wilshire Boulevard, Suite 1012
    Beverly Hills, California 90212
3   (310) 859-0100
    Fax: (310) 388-5645
4
    Attorneys for Plaintiff
5   VOIP REVIEW, LLC

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10                          **WESTERN DIVISION**

11

12  VOIP REVIEW, LLC, a California      ) CASE NO: CV 09-2289-SVW(PJWx)
    limited liability company,          )
13                                      ) Hon. Stephen V. Wilson
              Plaintiff,                )
14                                      ) Case Filed: April 2, 2009
                                        )
15        vs.                           ) **PERMANENT INJUNCTION**
                                        ) **[~~PROPOSED~~; STIPULATION FOR**
16                                      ) **PERMANENT INJUNCTION**
    MONIKER, INC., et al.,              ) **FILED SEPARATELY]**
17                                      )
              Defendants.               ) _____
18  _____ )

19

20

21

22

23

24        Plaintiff VOIP REVIEW, LLC filed a First Amended Complaint herein

25  on April 9, 2009 naming JSEONLINE, INC., a Michigan corporation as a

26  defendant;

27        JSEONLINE, INC., having stipulated to the entry of this Permanent

28  Injunction without notice, to be binding on Defendant JSEONLINE, INC. and its

                                    - 1 -

agents, employees and representatives, and all persons in active concert or participation with said Defendants. who receive notice thereof:

NOW, THEREFORE, upon the consent of the parties hereto,

IT IS ORDERED, ADJUDGED and DECREED that a final and permanent injunction in favor of Plaintiff VOIP REVIEW, LLC and against Defendant JSEONLINE, INC. be entered as follows:

1.    This Court has jurisdiction of the subject matter of this action and over all the parties hereto.

2.    Plaintiff VOIP REVIEW, LLC asserts itself to be the sole proprietor of the trademark registration described in the Complaint filed in this action, specifically:  Registration No. 3,028,654, registered December 13, 2005 for the mark VOIP REVIEW for broadband phone service listings, namely, directory information and contends that it is good, valid, and enforceable in law.

3.    Plaintiff contends that Defendant JSEONLINE, INC. has caused the VOIP REVIEW mark to be infringed through the use of the domain name consumervoipreview.com which defendant contends is not infringing.

4.    JSEONLINE, INC. and its respective successors, assigns, affiliates, agents, servants, employees and representatives, and all persons, firms and corporations in active concert or participation with JSEONLINE, INC., who receive notice hereof, be and are hereby enjoined and restrained from:

a.    Using the mark VOIP REVIEW, CONSUMER VOIP REVIEW or a confusingly similar mark or domain name in connection with broadband phone service listings, namely, directory information without written authorization of the Plaintiff.

5.   It being represented to the Court that the settling parties have settled all of the claims and demands made in this action, no award of damages, costs or attorneys' fees is made herein.

6.      The Court shall retain jurisdiction to construe, enforce, interpret or implement this Permanent Injunction.


<u>O R D E R</u>

IT IS SO ORDERED.


Dated:  June 30, 2009

_____
UNITED STATES DISTRICT JUDGE

Presented by:
_____/s/_____

Paul D. Supnik
Attorney for Plaintiff
VOIP REVIEW, LLC